*Bicks, Richard A. Solomon* and *Ernest L. Folk III* for the United States in No. 143, Misc. ⌐ ;ported below: No. 491, Misc., 269 F. 2d 203.

No. 538. UNITED STEELWORKERS OF AMERICA *v.* EN-TERPRISE WHEEL & CAR CORP. C. A. 4th Cir. Certiorari granted. *Arthur J. Goldberg* and *David E. Feller* for petitioner. *Jackson N. Huddleston* for respondent.

No. 539. MEYER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Alfred M. Saperston* for petitioners. *Solicitor General Rankin* for the United States.

No. 446. E. INGRAHAM Co. *v.* BOARD OF TAX REVIEW OF THE TOWN AND CITY OF BRISTOL. Supreme Court of Errors of Connecticut. Certiorari denied. *Charles E. Pledger, Jr.* and *Justin L. Edgerton* for petitioner. *Edward C. Krawiecki* for respondent.

No. 482. KORHOLZ ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Philip B. Perlman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 517. QUALITY COAL CORP. *v.* LEWIS ET AL., TRUSTEES. C. A. 7th Cir. Certiorari denied. *John R. Jett* and *N. George Nasser* for petitioner. *Val J. Mitch, Harold H. Bacon* and *M. E. Boiarsky* for respondents.